IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:04CR56 |
| Andre Smith | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named commenced a reimposed term of Supervised Release on October 4, 2010, for a period of three years less one day. Based on good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 24th day of January, 2013

_____
United States District Judge